**Dismissed and Opinion Filed June 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01110-CV

**DEAN BUESCHER AND SHERRY BUESCHER, Appellants**
**V.**
**FIRST UNITED BANK & TRUST CO., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02559-2009**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellants' brief in this case is overdue. By postcard dated December 2, 2014, we notified appellants the time for filing appellant's brief had expired. We directed appellants to file their brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

141110F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEAN BUESCHER AND SHERRY
BUESCHER, Appellants

No. 05-14-01110-CV        V.

FIRST UNITED BANK & TRUST CO.,
Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-02559-2009.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FIRST UNITED BANK & TRUST CO. recover its costs of this appeal from appellants DEAN BUESCHER AND SHERRY BUESCHER.

Judgment entered June 11, 2015.